# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Case No. |
| ECC INTERNATIONAL LLC, ECC CENTCOM CONSTRUCTORS LLC, and U.S. ARMY CORPS OF ENGINEERS, | : | |
| Defendants. | : | |

## DEFENDANT U.S. ARMY CORPS OF ENGINEERS' NOTICE OF REMOVAL FROM DELAWARE COURT OF CHANCERY

TO:  The United States District Court for the District of Delaware:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant U.S. Army Corps of Engineers, by and through attorneys David C. Weiss, Acting United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney, respectfully files this Notice of Removal and in support of such removal states as follows:

1. On information and belief, on May 15, 2017, Plaintiff Aspic Engineering and Constuction [sp] filed a Complaint against Defendant the U.S. Army Corps of Engineers ("USACE") in the Court of Chancery of the State of Delaware ("Chancery Court").  See Attachment 1.[1]  The United States Attorney's Office was served with the Complaint on May 24, 2017.

---

[1] The version of the Complaint filed on the Government was missing Page 4.  Accordingly, the attachment does not contain that page.

2. The Complaint alleges that the plaintiff is a judgment creditor of defendant ECC International LLC and ECC Centcom Constructors LLC (collectively, "ECC"), and that ECC is owed money by the USACE.[2] The plaintiff seeks equitable relief, including an order that the USACE may not pay money to ECC, an order that the USACE deposit any money it allegedly owes to ECC with the Chancery Court, an accounting of monies the USACE allegedly owes ECC, and appointment of a general receiver to oversee monies the USACE allegedly owes ECC.

3. Pursuant to Title 28, United States Code, Section 1442(a)(1), "a civil action… that is commenced in a State court and that is against or directed to [the United States or any agency thereof] may be removed by them to the district court of the United States for the district… embracing the place wherein it is pending."

4. The USACE is a federal agency and cannot be sued in state court.[3]

5. Because it is so clear that the USACE cannot be sued in state court, the government demanded that plaintiff's counsel consent to removal and/or dismiss the USACE from this case; counsel refused.

---

[2] The USACE does not concede that it owes ECC any money.
[3] For that matter, it cannot be sued at all in an action of this type.  The plaintiff has not identified any exception to the doctrine of sovereign immunity.   The government intends to move to dismiss the ACOE from this case.

WHEREFORE, respectfully, the above-captioned civil action is removed from the Court of Chancery for the State of Delaware, to this Court.

        Respectfully submitted,

        DAVID C. WEISS
        Acting United States Attorney

BY: /s/ Jennifer K. Welsh
       Jennifer K. Welsh
       Assistant United States Attorney
       The Nemours Building
       1007 Orange Street, Suite 700
       P.O. Box 2046
       Wilmington, Delaware 19899-2046
       Jennifer.welsh@usdoj.gov
       (302) 573-6277

Dated:  June 23, 2017