IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASPIC ENGINEERING & CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC, ECC INTERNATIONAL, LLC, and U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | C.A. No. 1:17-cv-00813-VAC-SRF |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC**

Defendants ECC CENTCOM Constructors, LLC and ECC International, LLC respectfully submit this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

ECC CENTCOM Constructors, LLC is a limited liability company organized under the laws of the State of Delaware. Environmental Chemical Corporation is the sole member of ECC CENTCOM Constructors, LLC.

ECC International, LLC is a limited liability company organized under the laws of the State of Delaware. Environmental Chemical Corporation is the sole member of ECC International, LLC.

No publically traded company owns more than 10 percent of Environmental Chemical Corporation.

[*Signature page to follow*]

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Philip Trainer, Jr.* |
|  | Philip Trainer, Jr. (#2788) |
|  | Hayley M. Lenahan (#6174) |
| OF COUNSEL: | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
| Joseph G. Martinez | Wilmington, DE 19899 |
| Dentons | (302) 654-1888 |
| 1400 Wewatta Street | ptrainer@ashbygeddes.com |
| Suite 700 | hlenahan@ashbygeddes.com |
| Denver, Colorado  80202 | *Attorneys for ECC CENTCOM Constructors,* |
| (303) 634-4371 | *LLC and ECC International, LLC* |

Dated: July 12, 2017